UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)                                    CASE NO.:

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: FONSECA, JORGE FREITAS                JOINT DEBTOR: FONSECA, VALDICY DA SILVA

Last Four Digits of SS# XXX-XX-4542            Last Four Digits of SS# XXX-XX-4541

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months; In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 219.23 for months 1 to 60 ;
B. $_____ for months ___ to ___ ;
C. $_____ for months ___ to ___ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,000.00    TOTAL PAID $ 1,500.00
                  Balance Due      $ 1,500.00    payable $ 150.00 month (Months 1 to 10 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _____   Payoff on Petition Date   $ _____
                        Arrears Payment           $ _____ /month (Months ___ to ___)
                        Regular Payment           $ _____ /month (Months ___ to ___)
                        Arrears Payment           $ _____ /month (Months ___ to ___)

2. _____   Arrearage on Petition Date $ _____
                        Arrears Payment           $ _____ /month (Months ___ to ___)
                        Regular Payment           $ _____ /month (Months ___ to ___)
   Loan #               Arrears Payment           $ _____ /month (Months ___ to ___)

3. _____   Arrearage on Petition Date $ _____
   Address              Arrears Payment           $ _____ /month (Months ___ to ___)
                        Regular Payment           $ _____ /month (Months ___ to ___)
   Loan #               Arrears Payment           $ _____ /month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Pay-Off Amount | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due $ 2,130.00
                               Payable   $ 35.50 /month (Months 1 to 60 )

Unsecured Creditors: Pay $ 13.80 month (Months 1 to 10 ); Pay $ 13.80 month (Months 11 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Debtors are current on all payments on their Homestead property located at 8843 SW 16th Street, Boca Raton, FL which is secured by Barwood Estates (HOA), Palm Beach County Tax Collector, Wachovia Bank (First Mortgage), and Bank of America (Second Mortgage) and will continue to pay said creditors direct. Debtors surrender any and all interest in the following real property: (1)10020 Strafford Oak Court, Tampa, FL 33624 which is secured by the Hillsborough County Tax Collector, America's Servicing Company (First and Second Mortgage), and the Landing of Tampa (HOA); (2) 18001 Richmond Place Drive, Bldg. 1100, Unit 1135, Tampa, FL which is secured by the Hillsborough County Tax Collector, Regency Gardens Condo Association (HOA), and Saxon Mortgage (First and Second Mortgage); (3) 4301 Lizshire Lane, Unit C-308, Orlando, FL. 32822 which is secured by the Orange County Tax Collector, Specialized Loan Servicing, LLC (Mortgage), and the Enclave at Richmond (HOA). The Debtors also surrender any and all interest in the 2006 Ford Explorer secured by Ford Motor Credit. The Debtors are current with their payments to Sovereign Bank for the 2007 Toyota Corolla and will continue to make payments to said creditor direct.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Jorge F. Fonseca_                          _/s/ Valdicy Fonseca_
Jorge Freitas Fonseca                            Valdicy Da Silva Fonseca
Date: 12/10/08                                   Date: 12/10/08
LF-31(rev. 8/01/06)