UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**          CASE NO.: 08-28911-PGH

☑ ___1st___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: FONSECA, JORGE FREITAS          JOINT DEBTOR: FONSECA, VALDICY DA SILVA

Last Four Digits of SS# ___XXX-XX-4542___          Last Four Digits of SS# ___XXX-XX-4541___

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of ___60___ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ __190.41__ for months __1__ to __60__ ;
   B.   $ _____ for months ____ to ____ ;
   C.   $ _____ for months ____ to ____ in order to pay the following creditors:

Administrative:   Attorney's Fee  $ __3,000.00__   TOTAL PAID $ __1,500.00__
                  Balance Due     $ __1,500.00__   payable $ __150.00__ month (Months __1__ to __10__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _____          Payoff on Petition Date    $ _____
   _____          Arrears Payment            $ _____ /month (Months ____ to ____ )
   _____          Regular Payment            $ _____ /month (Months ____ to ____ )
                                    Arrears Payment            $ _____ /month (Months ____ to ____ )

2. _____          Arrearage on Petition Date $ _____
   _____          Arrears Payment            $ _____ /month (Months ____ to ____ )
   _____          Regular Payment            $ _____ /month (Months ____ to ____ )
   Loan # _____        Arrears Payment            $ _____ /month (Months ____ to ____ )

3. _____          Arrearage on Petition Date $ _____
   Address _____        Arrears Payment            $ _____ /month (Months ____ to ____ )
   _____          Regular Payment            $ _____ /month (Months ____ to ____ )
   Loan # _____        Arrears Payment            $ _____ /month (Months ____ to ____ )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Pay-Off Amount | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due $ __557.62__
                              Payable $ __9.30__ /month (Months __1__ to __60__ )

Unsecured Creditors: Pay $ __13.80__ month (Months __1__ to __10__ ); Pay $ __163.80__ month (Months __11__ to __60__ )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Debtors are current on all payments on their Homestead property located at 8843 SW 16th Street, Boca Raton, FL which is secured by Barwood Estates (HOA), Palm Beach County Tax Collector, Wachovia Bank (First Mortgage), and Bank of America (Second Mortgage) and will continue to pay said creditors direct. Debtors surrender any and all interest in the following real property: (1) 10020 Strafford Oak Court, Tampa, FL 33624 which is secured by the Hillsborough County Tax Collector, America's Servicing Company (First and Second Mortgage), and the Landing of Tampa (HOA); (2) 18001 Richmond Place Drive, Bldg. 1100, Unit 1135, Tampa, FL which is secured by the Hillsborough County Tax Collector, Regency Gardens Condo Association (HOA), and Saxon Mortgage (First and Second Mortgage); (3) 4301 Lizshire Lane, Unit C-308, Orlando, FL 32822 which is secured by the Orange County Tax Collector, Specialized Loan Servicing, LLC (Mortgage), and the Enclave at Richmond (HOA). The Debtors also surrender any and all interest in the 2006 Ford Explorer secured by Ford Motor Credit. The Debtors are current with their payments to Sovereign Bank for the 2007 Toyota Corolla and will continue to make payments to said creditor direct.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Jorge F. Fonseca_                         _/s/ Valdicy da Silva Fonseca_
Jorge Freitas Fonseca                          Valdicy Da Silva Fonseca
Date: __1-20-09__                              Date: __1-20-09__

LF-31(rev. 8/01/06)