B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re: Jorge Freitas Fonseca, Valdicy Da Silva Fonseca, Debtors

Case No. 08-28911
Chapter 13

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 651,209.00 | | |
| B - Personal Property | Yes | 4 | 27,842.70 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 846,339.46 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 2,130.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 130,498.49 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,833.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,599.00 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 679,051.70 | | |
| Total Liabilities | | | | 978,967.95 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   Jorge Freitas Fonseca,
        Valdicy Da Silva Fonseca,
                                                     Debtors

Case No.   08-28911

Chapter    13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 2,130.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 15,572.89 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 17,702.89 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | 4,833.33 |
| Average Expenses (from Schedule J, Line 18) | 4,599.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,276.00 |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 178,615.46 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 2,130.00 |
| 4. Total from Schedule F | | 130,498.49 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 311,243.95 |

B6F (Official Form 6F) (12/07)

In re   Jorge Freitas Fonseca,  
      Valdicy Da Silva Fonseca  
                     Debtors

Case No.  08-28911

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3717-387349-61002<br><br>American Express<br>POB 297871<br>Fort Lauderdale, FL 33329-7871 | | J | Business Credit Card Debt | | | | 0.00 |
| Account No. 7717000000573344<br><br>American Finco<br>425 Martingale Rd<br>Schaumburg, IL 60173 | | H | Opened 8/01/07 Last Active 5/28/08<br>ChargeAccount | | | | 6,681.00 |
| Account No. 5491-1303-5934-4942<br><br>AT&T Universal Card<br>POB 44167<br>Jacksonville, FL 32231-4167 | | H | Credit Card Debt | | | | 827.67 |
| Account No. 4800-1340-2079-7693<br><br>Bank of America<br>POB15102<br>Wilmington, DE 19886 | | J | Credit Card Debt | | | | 5,570.83 |

  5   continuation sheets attached

Subtotal  
(Total of this page)    13,079.50

B6F (Official Form 6F) (12/07) - Cont.

In re   Jorge Freitas Fonseca,
        Valdicy Da Silva Fonseca
                                                                Case No.   08-28911
                                                    ,
                                         Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0700<br><br>Bank Of America<br>Nc4-105-03-14<br>4161 Piedmont Pkwy<br>Greensboro, NC 27420 | | J | Opened 2/01/07 Last Active 3/13/08<br>CreditCard | | | | 6,399.00 |
| Account No. 6035320080679879<br><br>Citibank Usa<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | | J | Opened 12/01/01 Last Active 3/14/08<br>ChargeAccount | | | | 6,392.00 |
| Account No. 7945011902012<br><br>Dell Financial Services<br>Attn: Bankruptcy Dept.<br>12234 North Ih 35<br>Austin, TX 78753 | | J | Opened 6/29/04 Last Active 4/12/08<br>ChargeAccount | | | | 2,725.00 |
| Account No. 601100152333<br><br>Discover Financial<br>Attention: Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054 | | J | Opened 9/13/00 Last Active 3/21/08<br>CreditCard | | | | 6,761.00 |
| Account No. 6011-0015-2333-9317<br><br>Discover Financial Services<br>POB 15316<br>Wilmington, DE 19850 | | J | Credit Card Debt | | | | 5,631.66 |

Sheet no. 1 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   27,908.66

B6F (Official Form 6F) (12/07) - Cont.

In re   Jorge Freitas Fonseca,              Case No.   08-28911
        Valdicy Da Silva Fonseca
                                                    ,
                            Debtors

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6020-5215-2000-1569<br><br>GE Money Bank<br>POB 981127<br>El Paso, TX 79998 | | J | Business Credit Card Debt | | | | 0.00 |
| Account No. 310093-13-121224-3<br><br>HFC<br>POB 17574<br>Baltimore, MD 21297 | | J | Personal Loan | | | | 9,816.24 |
| Account No. 6035-3200-8067-9879<br><br>Home Depot<br>POB 6029<br>The Lakes, NV 88901 | | J | Credit Card Debt | | | | 5,388.12 |
| Account No. 5407315024000231<br><br>HSBC<br>POB 818622<br>Salinas, CA 93912-1622 | | J | Credit Card Debt | | | | 570.84 |
| Account No. 5407915024000231<br><br>Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5253<br>Carol Stream, IL 60197 | | H | Opened 11/01/05  Last Active  3/13/08<br>CreditCard | | | | 674.00 |

Sheet no. __2__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   16,449.20

B6F (Official Form 6F) (12/07) - Cont.

In re  Jorge Freitas Fonseca,
       Valdicy Da Silva Fonseca
                                                                              Case No.   08-28911
                                       Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9313121224<br><br>Hsbc/rs<br>Hsbc Retail Services Attn: Bankruptcy<br>Po Box 15522<br>Wilmington, DE 19850 | | H | Opened 11/01/07 Last Active 4/05/08<br>CheckCreditOrLineOfCredit | | | | 10,809.00 |
| Account No. 9517598721<br><br>Sallie Mae<br>POB 9500<br>Wilkes Barre, PA 18773 | | J | 08/2004<br>Student Loan | | | | 15,572.89 |
| Account No. 951759872110004200<br><br>Sallie Mae<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes Barre, PA 18773 | | J | Opened 8/04/06 Last Active 10/06/08<br>Educational | | | | 15,353.00 |
| Account No. 5121-0719-5952-8625<br><br>Sears<br>POB 6936<br>The Lakes, NV 88901 | | J | Credit Card Debt | | | | 464.74 |
| Account No. 5121071959528625<br><br>Sears/cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117 | | H | Opened 9/01/07 Last Active 4/06/08<br>CreditCard | | | | 787.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     42,986.63

B6F (Official Form 6F) (12/07) - Cont.

In re   Jorge Freitas Fonseca,                                          Case No.   08-28911
        Valdicy Da Silva Fonseca
                                                    ,
                                              Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 00793650673<br><br>Tenent West Boca Medical Center<br>POB 830913<br>Birmingham, AL 35283 | | J | Medical Services | | | | 1,175.00 |
| Account No. 00822576252<br><br>Tenent West Boca Medical Center<br>POB 830913<br>Birmingham, AL 35283 | | J | Medical Services | | | | 700.00 |
| Account No. 549113035934<br><br>Unvl/citi<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | | H | Opened 8/01/01  Last Active 4/07/08<br>CreditCard | | | | 9,780.00 |
| Account No. 0443135578<br><br>Wash Mutual/providian<br>Attn: Bankruptcy Dept<br>Po Box 10467<br>Greenville, SC 29601 | | H | Opened 9/01/07  Last Active 4/07/08<br>CreditCard | | | | 708.00 |
| Account No. 5418-2204-4313-5578<br><br>Washington Mutual<br>POB 660433<br>Dallas, TX 75266-0433 | | J | Credit Card Debt | | | | 553.76 |

Sheet no.  4   of  5   sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)        12,916.76

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Jorge Freitas Fonseca,  
      Valdicy Da Silva Fonseca  
                                         Debtors

Case No.   08-28911

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4465-6850-0011-2357<br><br>Washington Mutual<br>POB 660433<br>Dallas, TX 75266-0433 | | J | Credit Card Debt | | | | 7,563.97 |
| Account No. 5000112357<br><br>Washington Mutual / Providian<br>Attn: Bankruptcy Dept.<br>Po Box 10467<br>Greenville, SC 29603 | | J | Opened 6/30/98 Last Active 3/11/08<br>CreditCard | | | | 8,686.00 |
| Account No. 7514-1000-0073-0491<br><br>Wells Fargo<br>POB 98751<br>Las Vegas, NV 89193 | | J | Credit Card Debt | | | | 907.77 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    17,157.74

Total (Report on Summary of Schedules)    130,498.49

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re: Jorge Freitas Fonseca / Valdicy Da Silva Fonseca, Debtor(s)

Case No. 08-28911
Chapter 13

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __26__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: March 6, 2009     Signature: /s/ Jorge Freitas Fonseca
Jorge Freitas Fonseca
Debtor

Date: March 6, 2009     Signature: /s/ Valdicy Da Silva Fonseca
Valdicy Da Silva Fonseca
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.